V. ANDREW CASS
Nevada Bar No. 005246
PRISCILLA L. O'BRIANT
Nevada Bar No. 010171
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
e-mail: cass@lbbslaw.com
Attorneys for American General Life
Insurance Company of Delaware formerly
known as AIG Life Insurance Company ("AGLIC")

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| American General Life Insurance Company of Delaware, formerly known as AIG Life Insurance Company,<br><br>Plaintiff,<br><br>vs.<br><br>Leovigildo Emanuel Elena-Martinez, a minor; Michael David Elena-Martinez, a minor; Yesica and Rodrigo Higuera, individually and as guardians of the minor children Leovigildo Elena-Martinez and Michael Elena-Martinez; Doe Individuals I-X; and ROE Corporations I-X.<br><br>Defendants. | CASE NO. 2:12-CV-02026-JAD-VCF<br><br>**ORDER REGARDING DISCHARGE AND DISMISSAL OF AGLIC** |

The Court having reviewed the "PROOF OF PAYMENT" [Doc. 38], the Sealed Order on Stipulation entered on September 23, 2013 [Doc. 36], and good cause appearing,

**IT IS ORDERED** that AGLIC is discharged from any future liability under Policy Number BSC 0008065360 arising from the death of Juana Toledo. This action is hereby dismissed with prejudice. The Clerk of Court shall enter judgment accordingly.

Dated: October 23, 2013

_____
UNITED STATES DISTRICT JUDGE

4844-8264-3478.1