Bryce C. Loveland, Esq.
Nevada Bar No. 10132
Christopher M. Humes
Nevada Bar No. 12782
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| American General Life Insurance Company of Delaware, formerly known as AIG Life Insurance Company,<br><br>Plaintiffs,<br><br>vs.<br><br>Leovigildo Emanuel Elena-Martinez, a minor; Michael David Elena-Martinez, a minor; Yesica and Rodrigo Higuera, individually and as guardians of the minor children Leovigildo Emanuel Elena-Martinez and Michael David Elena-Martinez; Doe Individuals I-X; and ROE Corporations I-X.<br><br>Defendants. | Case No. 2:12-cv-2026-JAD-VCF<br><br>**ORDER OF DISMISSAL OF DEFENDANTS YESICA HIGUERA, RODRIGO HIGUERA, LEOVIGILDO EMANUEL ELENA-MARTINEZ, AND MICHAEL DAVID ELENA-MARTINEZ WITH PREJUDICE** |

This Court, having reviewed Defendants' Proof of Establishment of Blocked Trust Accounts, the Sealed Order on Stipulation for Deposit of Funds into Blocked Account and Discharge of Liability, and good cause appearing,

///

///

```
```

It is hereby ordered that Defendants Yesica Higuera, Rodrigo Higuera, Leovigildo Emanuel Elena-Martinez, and Michael David Elena-Martinez are hereby dismissed from this action with prejudice.

DATED this 2nd day of December, 2013.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Bryce C. Loveland
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
Christopher M. Humes
Nevada Bar No. 12782
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:   (702) 382-8135

Attorneys for Plaintiffs