**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| American General Life Insurance Company of Delaware, | Case No. 2:12-cv-02026-JAD-VCF |
| Plaintiff | |
| v. | **Order Granting Motion to Release Funds from Blocked Minor Accounts** |
| Leovigildo Emanuel Elena-Martinez; Michael David Elena-Martinez; et al, | ECF Nos. 44, 45 |
| Defendants | |

In 2013, blocked accounts were established for the benefit of then-minors Michael David Elena-Martinez and Leovigildo Emanuel Elena-Martinez.[1]  The order directing the establishment of those accounts prohibited the liquidation or diminishing of those accounts before Michael and Leovigildo's 18th birthdays.[2]  Now well above the age of 18, Michael and Leovigildo move this court to lift that prohibition and allow their funds to be disbursed.[3]  The deadline to oppose those motions passed without response.

Under Nevada law, "[t]he beneficiary of a block[ed] financial investment may obtain control of or money from the investment: (a) [b]y an order of the court which held the compromise hearing; or (b) [b]y certification of the court which held the compromise hearing that the beneficiary has reached the age of 18 years, at which time control of the investment must be transferred to the beneficiary or the investment must be closed and the money distributed to

---

[1] ECF No. 36 (sealed).

[2] *Id*. at 2.

[3] ECF Nos. 44, 45.

the beneficiary."[4]  The Elena-Martinezes have demonstrated that they have reached 18 years of age.  And they have provided recent bank statements for the blocked accounts.

**IT IS ORDERED** that the motions to disburse the funds from these blocked accounts **[ECF Nos. 44, 45] are GRANTED**; the funds from Bank of America account number XX8649, including any accrued interest, may be released and disbursed to Leovigildo Emanuel Elena-Martinez, and the funds from Bank of America account number XX8636, including any accrued interest, may be released and disbursed to Michael David Elena-Martinez, and the accounts may be closed.

Because these motions, filed without the assistance of counsel, contain private and confidential personal identifiers and banking information, compelling reasons exist to seal those motions.  IT IS FURTHER ORDERED that **the Clerk of Court is directed to SEAL ECF Nos. 44 & 45.**

**The Clerk of Court is directed to MAIL** a copy of this order to:

Michael David Elena-Martinez
4141 Lighthouse Avenue
Las Vegas, NV 89110

and

Leovigildo Emanuel Elena-Martinez
4141 Lighthouse Avenue
Las Vegas, NV 89110

_____
U.S. District Judge Jennifer A. Dorsey
March 17, 2026

---

[4] Nev. Rev. Stat. § 41.200(6).

2